IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2021 OCT -7 P 2: 37

| | |
|---|---|
| UNITED STATES OF AMERICA | ) INFORMATION NO. |
| | ) |
| v. | ) |
| | ) 18 U.S.C. § 1791(a)(2) |
| FRANCISCO ESPINOSA-SUAREZ | ) Possession of Contraband by a |
| | ) Federal Prisoner |
| | ) |

CR321-012

THE UNITED STATES ATTORNEY CHARGES:

### COUNT ONE
*Possession of Contraband in Prison*
18 U.S.C. § 1791(a)(2)

On or about April 29, 2020 in Telfair County, within the Southern District of Georgia, the Defendant

**FRANCISCO ESPINOSA-SUAREZ,**

an inmate of the Federal Correctional Institution McCrae, a "prison" a defined in Title 18, United States Code, Section 1791(d)(4), knowingly possessed a prohibited object, to wit: a cellular telephone, which is a phone or other device used by a user of commercial mobile service as defined in section 332(d) of the Communications Act of 1934, codified at 47 U.S.C. 332(d), in connection with such service.

All in violation of Title 18, United States Code, Section 1791(a)(2).

## COUNT TWO
*Possession of Contraband in Prison*
18 U.S.C. § 1791(a)(2)

On or about February 25, 2021 in Telfair County, within the Southern District of Georgia, the Defendant

**FRANCISCO ESPINOSA-SUAREZ,**

an inmate of the Federal Correctional Institution McCrae, a "prison" a defined in Title 18, United States Code, Section 1791(d)(4), knowingly possessed a prohibited object, to wit: a cellular telephone, which is a phone or other device used by a user of commercial mobile service as defined in section 332(d) of the Communications Act of 1934, codified at 47 U.S.C. 332(d), in connection with such service.

All in violation of Title 18, United States Code, Section 1791(a)(2).

_____
E. Greg Gilluly
Assistant United States Attorney
Deputy Chief, Criminal Division

_____
John P. Harper III
Assistant United States Attorney
Lead Counsel *